UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

JOHN R. MILLER, JR.

Plaintiff(s)

Civil Action No. 10-512 (ESH)

JOHN F. KERRY, Secretary of State

Defendant(s)

JUDGMENT ON OFFER & ACCEPTANCE

Judgment is entered in favor of Plaintiff John R. Miller, Jr. against Defendant John F. Kerry, Secretary of State as follows:

1. Payment in the amount of $300,000.00, such amount to be considered inclusive of all costs accrued to date that might be recoverable against Defendant in this action, including without limitation, any claim of attorney's fees, expert witness fees, or other costs awardable by statue, contract, or otherwise; and

2. Plaintiff's placement in the General Services Clerk position described in the attached position description, at the grade-level FSN-7, step 12, at the U. S. Embassy in Paris, starting August 12, 2013, with the placement to be conditional upon (1) a successful security certification; (2) a successful pre-employment medical examination and clearance; (3) documentation of meeting residency and work-permit requirements, and to be governed by the terms and conditions of the personal services agreement (PSA) applicable to this position.

Date: July 16, 2013

Signature of clerk or deputy clerk: *Michelle Moor*

ANGELA D. CAESAR, CLERK OF COURT



U. S. Department of State
# INTERAGENCY POST EMPLOYEE POSITION DESCRIPTION

Prepare according to Instructions given in Foreign Service National Handbook, Chapter 4 (3 FAH-2).

| 1. Post | 2. Agency | 3a. Position Number |
|---|---|---|
| Paris, France | STATE | N52630 |

**3b. Subject to Identical Positions?** Agencies may show the number of such positions authorized and/or established after the "Yes" block.
☐ Yes  ☒ No

**4. Reason For Submission**
☐ a. Redescription of duties: This position replaces
(Position Number) _____ , (Title) _____ (Series) _____ (Grade) _____
☐ b. New Position _____
☒ c. Other (explain) _____ Updated duties due to retirement of present incumbent

| 5. Classification Action | Position Title and Series Code | Grade | Initials | Date (mm-dd-yyyy) |
|---|---|---|---|---|
| a. Post Classification Authority<br>Human Resources Office | General Services Assistant, FSN-105 | 7 | *[signature]* | 05/22/13 |
| b. Other | | | | |
| c. Proposed by Initiating Office | General Services Clerk | 6 | | |

| 6. Post Title Position (If different from official title) | 7. Name of Employee |
|---|---|

| 8. Office/Section<br>Tri-Mission Management | a. First Subdivision<br>Facilities Management |
|---|---|
| b. Second Subdivision | c. Third Subdivision |

| 9. This is a complete and accurate description of the duties and responsibilities of my position.<br><br>Printed Name of Employee<br><br>Signature of Employee    Date (mm-dd-yyyy) | 10. This is a complete and accurate description of the duties and responsibilities of this position.<br>Alan Hutcheson<br>Printed Name of Supervisor<br>*[signature]*   05/16/2013<br>Signature of Supervisor    Date (mm-dd-yyyy) |
|---|---|
| 11. This is a complete and accurate description of the duties and responsibilities of this position. There is a valid management need for this position.<br>Kenan Hunter<br>Printed Name of Chief or Agency Head<br>*[signature]*    5/16/2013<br>Signature of Section Chief or Agency Head    Date (mm-dd-yyyy) | 12. I have satisfied myself that this is an accurate description of this position, and I certify that it has been classified in accordance with appropriate 3 FAH-2 standards.<br>Gilda Weech-House<br>Printed Name of Admin or Human Resources Officer<br>*[signature]*    05/22/13<br>Signature of Admin or Human Resources Officer    Date (mm-dd-yyyy) |

**13. Basic Function Of Position**
Position performs a variety of administrative and clerical work in the Facilities Office. As such, position is responsible for receiving and assigning the work orders and entering data into the Post Administrative Software Suite (PASS). Position is also the Contract Officer's Representative (COTR) for three contracts (i.e., out-of-hours emergency maintenance contractor, boiler and water heater, and chimney sweeping maintenance). Position serves as the section's timekeeper and is in charge of the office supplies. Backs-up position N52803 when absent.

**14. Major Duties and Responsibilities**                                                              _____ % of Time

45 % Work Orders
Position manages the new Post Administrative Software Suite (PASS) Work Orders for Windows Scheduled Preventive Maintenance work order system.
Generates and distributes, within the Facilities Office, each month's preventive maintenance work orders.
Ensures that each month's preventive maintenance work orders are completed and returned in a timely manner as they must be closed out before the end of each month.
Enters details of labor and materials used and closes out each work order.
Amends equipment details already in the system and adds equipment to the system.

(See Addendum 1)

*(Continue on blank sheet)*

DS-298 (Formerly OF-298)                                                                                                Page 1 of 2
04-2008

**15. Qualifications Required For Effective Performance**

a. Education
Completion of High School

b. Prior Work Experience
Three years work experience in office management or administrative management type position

c. Post Entry Training
PASS Work Orders for Window program. COTR training. Time and Attendance training.

d. Language Proficiency: List both English and host country language(s) proficiency requirements by level (II, III) and specialization (sp/read).
Level III in French
Level III in English

e. Job Knowledge
The position must be familiar with the internal organizational structure of the US Mission in France and must have a knowledge of the various Government Owned non-residential properties. Must have a general knowledge of building maintenance' procedures

f. Skills and Abilities
Ability to use computer equipment. Ability to communicate with all levels of American and French employees and Embassy Family Members. Ability to adapt to changes. Ability to work independently. Good interpersonal skills. Ability to be tacful to deal with irate customers.

**16. Position Element**

a. Supervision Received
Receives direct supervision from position N52633 and overall supervision from the Facility Manager. Position is expected to work independent of close supervision.

b. Supervision Exercised
Oversees the work of the contractors for the three contracts position is responsible for (i.e., chimney cleaning, water heater and boiler maintenance, out-of-hours emergency breakdown).

c. Available Guidelines
FAC office procedures. Procurement regulations. 6 FAM/FAH. Housing Manual. FAC guidelines and regulations.

d. Exercise of Judgment
Good judgment exercised when reviewing work order requests and determining if the work is under the regulations. Good judgment exercised to establish the urgency of the request and establis when the work will be executed/completed. Exercises judgment in assessing the performance of maintenance contractrors and in recommending alternative contractors.

e. Authority to Make Commitments
Commits FAC when establishing work schedules.

f. Nature, Level, and Purpose of Contacts
Daily contacts with all levels of American employees, Embassy Family Members, FSN employees. Contacts with the contractors.

g. Time Expected to Reach Full Performance Level
Six months

*Addendum 1*
Follows up on outstanding work orders to ensure that they are completed. In the case of of non-completion, coordinates with each section supervisor to determine the reason why.
Works with Position N52803 in the management of the PASS Work Orders for Windows Scheduled and Unscheduled Maintenance work order system. Position has overall responsibility for the completeness and correctness of the information.
Deletes equipment from the system, amends maintenance periods as directed by the senior LE Maintenance Supervisor and/or the American Facility Manager.


15 % Contracting Officer's Representative (COTR)
Is COTR for boiler and water heater maintenance, chimney sweeping and after-duty hours breakdown services contractors.

25 % Administrative Duties
Keeps FAC office T&A records and maintains central FAC Office filing system.
Prepares EPR's for FAC personnel and tracks their progress through the varius FAC sections.
Carries out confidential secretarial duties for the American Facility Manager and the senior LE Maintenance Supervisor.

15 % Back-up of position N52803
Replaces position N52803 during that position's temporary absences.